UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNCEY BLAKE,<br>          Plaintiff,<br>     v.<br>COUNTY OF SANTA CLARA,<br>          Defendant. | Case No. 16-cv-01279-HSG<br><br>**ORDER OF DISMISSAL** |

    Plaintiff filed this *pro se* civil rights complaint under 42 U.S.C. § 1983. On August 1, 2016, the Court dismissed Plaintiff's complaint with leave to amend. Docket No. 9. On August 19, 2016, the Court's August 1, 2016 order dismissing the complaint with leave to amend was returned as undeliverable with a notation that Plaintiff was not in the custody of the Santa Clara Department of Corrections. Docket No. 12. As of the date of this order, Plaintiff has not filed a notice of change of address or submitted any further pleadings in this case.

    Pursuant to Rule 3-11 of the Northern District Local Rules, a party proceeding *pro se* must promptly file a notice of change of address while an action is pending. *See* L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b).

    More than sixty days have passed since the mail addressed to Plaintiff was returned as undeliverable. The Court has not received a notice from Plaintiff of a new address. Accordingly, the instant civil rights action is DISMISSED without prejudice pursuant to Rule 3-11 of the

Northern District Local Rules.

The Clerk shall terminate any pending motions.

**IT IS SO ORDERED.**

Dated: 10/24/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge