UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAWNCEY BLAKE,

    Plaintiff,

  v.

COUNTY OF SANTA CLARA,

    Defendant.

Case No. 16-cv-01279-HSG

**JUDGMENT**

    The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to provide the Court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered.

    The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: 10/24/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge